**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| John Covington, et al., | ) | No. CV-07-955-PHX-FJM |
| Plaintiffs, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| Patriot Motorcycles Corporation, et al., | ) | |
| Defendants. | ) | |

Pursuant to stipulation between the parties and good cause appearing,[1]

**IT IS ORDERED** that the June 3, 2008 evidentiary hearing related to Plaintiff's February 27, 2008 Motion for Sanctions is hereby **VACATED**.

**IT IS FURTHER ORDERED** that the parties' Stipulated Motion to Withdraw Motion for Sanctions and Evidentiary Hearing, docket # 53, is **GRANTED**. Plaintiff's Motion for Sanctions, docket # 42, is hereby **WITHDRAWN**.

DATED this 28th day of May, 2008.

Lawrence O. Anderson
United States Magistrate Judge

---

[1] LRCiv 40.2(d) requires that on any referred matter to a magistrate judge, "counsel shall immediately provide a copy of any filed document relating to the referred matter to the chambers of the referred magistrate judge." Plaintiff did not provide Magistrate Judge Anderson's chambers emailbox with a copy of the parties' Stipulated Motion to Withdraw Motion for Sanctions and Evidentiary Hearing. (docket # 53)